IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
Justin T. Mattson                              :
    Debtor                               :
                                              :    Bankruptcy No. 16-11036-TPA
Quicken Loans, Inc.                            :
                                              :    Chapter 13
    Movant                               :
                                              :
    v.                                      :    Claim No. 3
                                              :
Justin T. Mattson                              :
and Ronda J. Winnecour, Esq. Trustee           :
Respondents                                    :

## DECLARATION

NOW, this 24th day of November 2019, upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by Quicken Loans, Inc. at <u>Claim No. 3</u> in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $888.22, effective 12/01/2019.

Dated: <u>November 24, 2019,</u>    Signed:  <u>/s/ Rebeka A. Seelinger Esq.</u>
                                                Rebeka A Seelinger Esq.
                                                Pa. I.D. #93897
                                                4640 Wolf Rd
                                                Erie, PA 16505
                                                (814)-824-6670
                                                E-Mail: rebeka@seelingerlaw.com