IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
 Justin T. Mattson           :
  Debtor             :
                :  Bankruptcy No. 18-11287-TPA
Quicken Loans, Inc.         :
                :  Chapter 13
  Movant            :
                :
  v.              :  Claim No. 3
                :
Justin T. Mattson          :
and Ronda J. Winnecour, Esq. Trustee  :
Respondents           :

## DECLARATION

NOW, this 24th day of November 2019, upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by Quicken Loans, Inc. at <u>Claim No. 3</u> in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $888.22, effective 12/01/2019.

Dated: <u>November 24, 2019,</u>   Signed: <u>/s/ Rebeka A. Seelinger Esq.</u>
                   Rebeka A Seelinger Esq.
                   Pa. I.D. #93897
                   4640 Wolf Rd
                   Erie, PA 16505
                   (814)-824-6670
                   E-Mail: rebeka@seelingerlaw.com