IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11287 TPA |
| | : | |
| Justin T. Mattson | : | |
| Debtor | : | |
| | : | |
| | : | |
| | : | |
| Justin T. Mattson | : | Chapter 13 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | Document No. 30 |
| Prosource of Erie, Inc. | : | |
| Respondent | : | |

**ORDER TERMINATING WAGE ATTACHMENT**

*NOW*, this *21st* day of *August, 2020,* upon consideration of the above-named Debtor's Motion

To Terminate Wage Attachment, it is ORDERED, that the Motion is GRANTED.  The Wage

Attachment heretofore issued against **Prosource of Erie, Inc**. is terminated, and **Prosource of Erie,**

**Inc.** shall make no further deductions from any future wages or other compensation payable to the

Debtor, Justin T. Mattson.


BY THE COURT:

_____ **vas**

UNITED STATES BANKRUPTCY JUDGE