IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11287 TPA |
| | : | |
| Justin T. Mattson | : | |
|     Debtor | : | |
| | : | |
| | : | |
| | : | |
| Justin T. Mattson | : | Chapter 13 |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | Document No._____ |
| Prosource of Erie, Inc. | : | |
|     Respondent | : | |

**CERTIFICATE OF SERVICE**

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on August 21, 2020 I served, or caused to be served, a copy of the Order Terminating Wage Attachment, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**Prosource of Erie, Inc.**
1415 Peninsula Drive
Erie PA 16505
(Via US Mail)

EXECUTED ON: August 21, 2020

By    <u>/s/ Rebeka A. Seelinger</u>

                                               Rebeka A. Seelinger, Esquire
                                               SEELINGER LAW
                                               Pa. I.D. #93897
                                               4640 Wolf Rd
                                               Erie, PA 16505
                                               (814)-824-6670/rebeka@seelingerlaw.com