IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11287 TPA |
| | : | |
| Justin T. Mattson | : | |
|     Debtor | : | |
| | : | |
| | : | |
| | : | |
| Justin T. Mattson | : | Chapter 13 |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | Document No._____ |
| North Coast Conduit LLC | : | |
|     Respondent | : | |

**CERTIFICATE OF SERVICE**

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on August 21, 2020, I served, or caused to be served, a copy of Local Form 11 Order to Pay Trustee Pursuant to Wage Attachment and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**North Coast Conduit LLC**
3200 W 22nd St
Erie, PA 16506
(Via US Mail)

EXECUTED ON: August 21, 2020

    By: /s/ Rebeka A. Seelinger
      Rebeka A. Seelinger, Esquire
      SEELINGER LAW
      Attorney for Debtor
      PA ID #93897
      4640 Wolf Road
      Erie, PA 16505
      (814) 824-6670

rebeka@seelingerlaw.com