FILED
8/21/20 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11287 TPA |
| Justin T. Mattson | : | |
| Debtor | : | |
| | : | |
| Justin T. Mattson | : | Chapter 13 |
| Movant | : | |
| v. | : | |
| | : | Document No. 30 |
| Prosource of Erie, Inc. | : | |
| Respondent | : | |

**ORDER TERMINATING WAGE ATTACHMENT**

*NOW*, this *21st* day of *August, 2020,* upon consideration of the above-named Debtor's Motion To Terminate Wage Attachment, it is ORDERED, that the Motion is GRANTED. The Wage Attachment heretofore issued against **Prosource of Erie, Inc**. is terminated, and **Prosource of Erie, Inc.** shall make no further deductions from any future wages or other compensation payable to the Debtor, Justin T. Mattson.

BY THE COURT:

_____ vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-11287-TPA
Justin T. Mattson                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: mgut              Page 1 of 1             Date Rcvd: Aug 21, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2020.
db             +Justin T. Mattson,    3302 Loveland Avenue,    Erie, PA 16506-2725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2020 at the address(es) listed below:
      James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rebeka  Seelinger    on behalf of Debtor Justin T. Mattson rebeka@seelingerlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                         TOTAL: 4