IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
  Justin T. Mattson                    :
      Debtor                          :
                                 : Bankruptcy No. 18-11287-TPA
Quicken Loans, LLC             :
                                 : Chapter 13
      Movant                     :
                                 :
       v.                          : Claim No. 3
                                 :
Justin T. Mattson               :
and Ronda J. Winnecour, Esq. Trustee  :
Respondents                    :

## DECLARATION

NOW, this 22nd day of October 2020, upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by Quicken Loans, LLC at Claim No. 3 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $883.13, effective 12/01/2020.

Dated: October 22, 2020        Signed: /s/ Rebeka A. Seelinger Esq.
                                                    Rebeka A Seelinger Esq.
                                                    Pa. I.D. #93897
                                                    4640 Wolf Rd
                                                    Erie, PA 16505
                                                    (814)-824-6670
                                                    E-Mail: rebeka@seelingerlaw.com