IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Justin T. Mattson<br>    Debtor | :<br>:<br>: Bankruptcy No. 18-11287-TPA |
| Quicken Loans, LLC<br>    Movant | :<br>: Chapter 13<br>:<br>: |
| v. | : Related to Claim No. 3<br>: |
| Justin T. Mattson<br>and Ronda J. Winnecour, Esq. Trustee<br>Respondents | :<br>: Document No.<br>: |

## DECLARATION

Upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by Quicken Loans, LLC at <u>Claim No. 3</u> in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $899.36, effective 12/01/2021.

Dated:  <u>October 20, 2021</u>                         <u>/s/ Rebeka A. Seelinger</u>
                                                                              Rebeka A Seelinger Esq.
                                                                              Pa. I.D. #93897
                                                                              4640 Wolf Rd
                                                                              Erie, PA 16505
                                                                              (814)-824-6670
                                                                              rebeka@seelingerlaw.com