IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-11287-TPA |
| Justin T. Mattson | : | Chapter 13 |
|     Debtor | : | |
| | : | |
| Justin T. Mattson | : | Document No. |
|     Movant | : | |
|     v. | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondent | : | |

## CONSENT ORDER

NOW, this _____ day of _____, 2022, upon an agreement reached between the debtor and the Chapter 13 Trustee, as evidenced by the signatures of the parties' undersigned counsel, it is hereby

ORDERED, that the debtor is authorized to complete his chapter 13 plan early, by way of a lump sum payment in the approximate amount of $2,700.00, to supplement the wage attachment remittances expected to be received by the Trustee from the debtor's employer in January 2022, the debtor's 36 month applicable commitment period having been reached as of December 2021.  It is further

ORDERED, that the Trustee shall determine upon audit whether the $2,700.00 lump sum payment is sufficient to complete the plan, with full payment of claims entitled to priority, along with payment of the pool of funds set forth in the debtor's confirmed plan for non-priority unsecured creditors.  The debtor shall be responsible for direct payment of his mortgage effective March 2022.  The Trustee shall inform debtor's counsel if additional funds are needed to accomplish those goals.  It is further

ORDERED, that the lump sum payment shall be applied toward the debtor's

existing plan obligations, and not as additional plan funding.

                              BY THE COURT:

                              _____
                              UNITED STATES BANKRUPTCY JUDGE

Consented to by:

/s/ Richard J. Bedford_____
Richard J. Bedford, Esquire
Counsel for the Debtors


/s/ Ronda J. Winnecour_____
Ronda J. Winnecour, Esquire
Chapter 13 Trustee