**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/2/22 9:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JUSTIN T MATTSON<br><br>        Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>JUSTIN T MATTSON<br><br>      Respondents | Case No. 18-11287TPA<br><br>Chapter 13<br><br>Related Document No. 48 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __2nd__ day of February, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that,

North Coast Conduit Llc
Attn: Payroll
3200 W 22Nd Street
Erie, PA 16506

is hereby ordered to immediately terminate the attachment of the wages of JUSTIN T MATTSON, social security number XXX-XX-4979. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JUSTIN T MATTSON.

FURTHER ORDERED:

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

asg
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11287-TPA |
| Justin T. Mattson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

**Recip ID        Recipient Name and Address**
db            + Justin T. Mattson, 3302 Loveland Avenue, Erie, PA 16506-2725

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2022        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:

**Name                    Email Address**

Brian Nicholas
    on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com

Maria Miksich
    on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Debtor Justin T. Mattson rebeka@seelingerlaw.com

Richard J. Bedford
    on behalf of Debtor Justin T. Mattson richard@seelingerlaw.com rjb8181@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-1     User: auto     Page 2 of 2
Date Rcvd: Feb 02, 2022     Form ID: pdf900     Total Noticed: 1
TOTAL: 6