Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Justin T. Mattson** | : | Case No. 18−11287−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 54 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/1/22 at 12:00 PM |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

  *AND NOW,* this *The 28th of March, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 54 , by the Chapter 13 Trustee

  It is hereby **ORDERED, ADJUDGED and DECREED** that:

  (1) *On or before May 12, 2022*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

  (2) This *Motion* is scheduled for hearing on *June 1, 2022 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

                                   Thomas P. Agresti, Judge
                                   United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11287-TPA |
| Justin T. Mattson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 28, 2022 | Form ID: 300b | Total Noticed: 13 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Justin T. Mattson, 3302 Loveland Avenue, Erie, PA 16506-2725 |
| 14967321 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14967322 | | Bank of America, 100 North Tryon Street, Eatontown, NJ 07724 |
| 14989318 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14967325 | + | Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Industrial Way West, Eatontown, NJ 07724-2279 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14969681 | | Email/Text: mrdiscen@discover.com | Mar 28 2022 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14967323 | + | Email/Text: mrdiscen@discover.com | Mar 28 2022 23:38:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14967324 | + | Email/Text: Bankruptcy.Consumer@dish.com | Mar 28 2022 23:39:00 | Dish Network, 9601 South Meridian Blvd, Englewood, CO 80112-5905 |
| 14967326 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 28 2022 23:39:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14967327 | + | Email/Text: recovery@paypal.com | Mar 28 2022 23:38:00 | PayPal Credit, 2211 North First Street, San Jose, CA 95131-2021 |
| 14967328 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 28 2022 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14967329 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 28 2022 23:39:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14982026 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 28 2022 23:39:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| 14967330 | *+ | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14967331 | * | Bank of America, 100 North Tryon Street, Eatontown, NJ 07724 |
| 14967332 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14967333 | *+ | Dish Network, 9601 South Meridian Blvd, Englewood, CO 80112-5905 |
| 14967334 | *+ | Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Industrial Way West, Eatontown, NJ 07724-2279 |

| | | |
|---|---|---|
| 14967335 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14967336 | *+ | PayPal Credit, 2211 North First Street, San Jose, CA 95131-2021 |
| 14967337 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14969671 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14967338 | *+ | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Justin T. Mattson rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Debtor Justin T. Mattson richard@seelingerlaw.com rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7