IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   JUSTIN T MATTSON

       Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:18-11287 TPA

Chapter 13

Related Document No.: 54

FILED
5/17/22 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this ___17th___ day of ___May___, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

dak

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11287-TPA |
| Justin T. Mattson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Justin T. Mattson, 3302 Loveland Avenue, Erie, PA 16506-2725 |
| 14967322 | | Bank of America, 100 North Tryon Street, Eatontown, NJ 07724 |
| 14967325 | + | Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Industrial Way West, Eatontown, NJ 07724-2279 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14967321 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2022 23:50:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14989318 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 17 2022 23:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14969681 | | Email/Text: mrdiscen@discover.com | May 17 2022 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14967323 | + | Email/Text: mrdiscen@discover.com | May 17 2022 23:50:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14967324 | + | Email/Text: Bankruptcy.Consumer@dish.com | May 17 2022 23:51:00 | Dish Network, 9601 South Meridian Blvd, Englewood, CO 80112-5905 |
| 14967326 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2022 23:51:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14967327 | + | Email/Text: recovery@paypal.com | May 17 2022 23:50:00 | PayPal Credit, 2211 North First Street, San Jose, CA 95131-2021 |
| 14967328 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2022 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14967329 | + | Email/Text: bankruptcyteam@quickenloans.com | May 17 2022 23:51:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 14982026 | + | Email/Text: bankruptcyteam@quickenloans.com | May 17 2022 23:51:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| 14967330 | *+ | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14967331 | * | Bank of America, 100 North Tryon Street, Eatontown, NJ 07724 |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 13 |

| | | |
|---|---|---|
| 14967332 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14967333 | *+ | Dish Network, 9601 South Meridian Blvd, Englewood, CO 80112-5905 |
| 14967334 | *+ | Hayt, Hayt & Landau, LLC, Meridian Center 1, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 14967335 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14967336 | *+ | PayPal Credit, 2211 North First Street, San Jose, CA 95131-2021 |
| 14967337 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14969671 | *+ | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14967338 | *+ | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Justin T. Mattson rebeka@seelingerlaw.com |
| Richard J. Bedford | on behalf of Debtor Justin T. Mattson richard@seelingerlaw.com  rjb8181@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7