**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JUSTIN T MATTSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:18-11287 TPA<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/19/2018 and confirmed on 03/04/2019 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 44,639.62 |
| Less Refunds to Debtor | | 506.09 | |
| TOTAL AMOUNT OF PLAN FUND | | | 44,133.53 |
| | | | |
| Administrative Fees | | | |
|     Filing Fee | | 0.00 | |
|     Notice Fee | | 0.00 | |
|     Attorney Fee | | 3,500.00 | |
|     Trustee Fee | | 2,101.54 | |
|     Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 5,601.54 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI | 0.00 | 33,597.64 | 0.00 | 33,597.64 |
|     Acct: 8333 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAI | 948.91 | 948.91 | 0.00 | 948.91 |
|     Acct: 8333 | | | | |
|   PA DEPARTMENT OF REVENUE* | 83.13 | 83.13 | 14.90 | 98.03 |
|     Acct: 4979 | | | | |
| | | | | 34,644.58 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN T MATTSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN T MATTSON | 21.47 | 21.47 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN T MATTSON | 484.62 | 484.62 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,887.57 | 1,887.57 | 0.00 | 1,887.57 |
| Acct: 4979 | | | | |
| | | | | 1,887.57 |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 21,327.96 | 1,832.92 | 0.00 | 1,832.92 |
| Acct: 9729 | | | | |
| DISCOVER BANK(*) | 1,752.92 | 150.65 | 0.00 | 150.65 |
| Acct: 5821 | | | | |
| DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAYPAL CREDIT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 189.33 | 16.27 | 0.00 | 16.27 |
| Acct: 4979 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BANK OF AMERICA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8316 | | | | |
| | | | | 1,999.84 |

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 38,531.99 |

TOTAL CLAIMED
PRIORITY           1,887.57
SECURED            1,032.04
UNSECURED         23.270.21

Date: 12/15/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com